UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Edward Wilson, | File No. 23-cv-1994 (ECT/ECW) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Ramsey County ADC Jail and Department of Justice, | |
| Defendants. | |

---

Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation on September 12, 2023. ECF No. 8. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 8] is **ACCEPTED**;

2. The Complaint [ECF No. 1] is **DISMISSED** for failure to state a claim; and

3. Mr. Wilson's application to proceed *in forma pauperis* [ECF No. 3] is **DENIED**;

4. The case is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 11, 2023　　　　　　　　s/ Eric C. Tostrud
　　　　　　　　　　　　　　　　　　　Eric C. Tostrud
　　　　　　　　　　　　　　　　　　　United States District Court